THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-133-FL

TIMOTHY CAPPS,

      Plaintiff,

v.

NEWMARK SOUTHERN REGION, LLC,

      Defendant.

## CONSENT ORDER GRANTING MOTION TO SEAL

This matter came before the court on the parties' joint motion to file certain trial exhibits under seal (Doc. 234). Having reviewed the motion, and with the consent of the parties, the Court finds that good cause exists and that the parties are entitled to file trial exhibits 63, 64, 65, 607, 613, 614, and 615 under seal.

IT IS THEREFORE ORDERED that the parties' joint motion (Doc. 234) is GRANTED, and the parties may file trial exhibits 63, 64, 65, 607, 613, 614, and 615 under seal.

SO ORDERED, this the 14th day of October, 2020.

_____
LOUISE W. FLANAGAN
United States District Judge