UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| TIMOTHY CAPPS ) | |
|         Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | 5:18-CV-133-FL |
| NEWMARK SOUTHERN REGION, LLC ) | |
|         Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of opinion and judgment of the United States Court of Appeals for the Fourth Circuit.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 16, 2022, and for the reasons set forth more specifically therein, this case is DISMISSED WITHOUT PREJUDICE.

**This Judgment Filed and Entered on December 16, 2022, and Copies To:**
Matthew Nis Leerberg / Troy D. Shelton   (via CM/ECF Notice of Electronic Filing)
David Paul / Michael Popok / Thomas Segars / Samantha Springer / Miguel Lopez/ Nirav S. Shah (via CM/ECF Notice of Electronic Filing)

December 16, 2022				PETER A. MOORE, JR., CLERK

					  /s/ Sandra K. Collins
					(By) Sandra K. Collins, Deputy Clerk